JOSEPH GELETA, Appellant, *v.* BUFFALO AND NIÁGARA FALLS
ELECTRIC RAILWAY, Respondent.

*Geleta* v. *Buffalo & Niagara Falls El. Ry.*, 88 App. Div. 372, affirmed.
(Argued March 2, 1905; decided March 17, 1905.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 27, 1903, which reversed a judgment in favor of
plaintiff entered upon a verdict and an order denying a
motion for a new trial and granted a new trial.

*John Cunneen* for appellant.

*George C. Riley* for respondent.

Order affirmed and judgment absolute ordered for defend-
ant on the stipulation, with costs; no opinion.

Concur: GRAY, O'BRIEN, HAIGHT and WERNER, JJ. Dis-
senting: CULLEN, Ch. J., BARTLETT and VANN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
LORING MOORE, Respondent.

*People* v. *Moore*, 96 App. Div. 56, affirmed.
(Argued March 2, 1905; decided March 17, 1905.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered July
2, 1904, which reversed a judgment of the Saratoga County
Court, rendered upon a verdict convicting the defendant of
the crime of grand larceny in the first degree and granted a
new trial.

*Horace E. McKnight* for appellant.

*Paul M. Pelletreau* and *George A. Clement* for respondent.

Order granting new trial affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, VANN
and WERNER, JJ. Dissenting: HAIGHT, J.